**Entered on Docket
March 29, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Suite # 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association, as Trustee for WFMBS 2004-W, its assignees and/or successors
and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-50035-gwz |
| | ) |
| Ronald F. Reeves. Jr., | ) Chapter  7 |
| | ) |
| Debtor. | ) DATE:  03/16/10 |
| | ) TIME:   10:00 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| _____ | ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 17110 Amethyst Drive, Reno, NV 89506.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq.
9510 West Sahara Suite # 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Order Filed 02/05/10-no response received*
William W. Harrison, Esq.
305 W. Moana Lane, #B-2
Reno, NV 89509
(775) 358 7744

Approved/Disapproved

*Order Filed 02/05/10-no response received*
Allen M. Dutra
59 Diamonte Ranch Pkwy, Ste B299
Reno, NV 89521

*Rev. 12.09*

M&H File No. NV-10-21367
10-50035-gwz

1

## ALTERNATIVE METHOD re; RULE 9021:

2

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3

4
□ The court has waived the requirement of approval under LR 9021.

5

6
X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

7

8

9
□ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

10

11

12

13
□  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

14
Counsel appearing: William W. Harrison- Order Filed 02/05/10-no response received

15

16
Unrepresented parties appearing: None

17
Trustee: Allen M. Dutra- Order Filed 02/05/10-no response received

18
Submitted by:
McCarthy & Holthus, LLP

19

20
/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

21

22

23

24

25

26

27

28
### 

29